FILED ✓ ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>SAM AMADEO BATTANI,<br><br>                    Defendant. | 2:10-CR-202-RLH (GWF) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 2, 2011, defendant SAM AMADEO BATTANI pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Bank Fraud, Mail Fraud, Access Device Fraud, and Money Laundering, in violation of Title 18, United States Code, Section 371.

This Court finds defendant SAM AMADEO BATTANI agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and the offense to which defendant SAM AMADEO BATTANI pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

. . .

982(a)(1); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States Code, Section 1029(c)(1)(C):

**COMPUTERS:**

1. HP Pavilion Laptop, Model DV7-3085DX, SN: VM188UA#ABA;
2. Sony Vaio Laptop, Model VGN-NW125J/T, SN: P28217738-K;
3. Sony Vaio Laptop, Model VGN-NW125J/T, SN: P28217738-K-3025121;
4. Sony Vaio Laptop, Model VGN-SR420D/H, SN: P27501281;
5. Sony Vaio Laptop, Model VGN-FW480J/T, SN P28215734-K;
6. Toshiba Laptop Satellite, Model A215-S5837, SN:58189516K;
7. Sony Vaio Laptop, Model PCG-7173L, SN: CG01KZ32;
8. Sony Vaio Laptop, Model PCG-4N1L, SN: J002ZAVT;
9. Psion Series 5 Handheld Computer, SN KC004D6300N2P;
10. Toshiba Satellite M35X-S114, SN 55246387K (Storage);

**COMPUTER PRINTERS:**

11. Versajette M400.V8 All in One Printer, Model 726-1910, SN: 06470382003;
12. Versajette M400 All in One Printer, Model #726-1800,SN:21260490763;
13. HP PSC2410 All in One Printer, Model SDGOB-0301-02, SN:MY3BFG35BV;
14. HP Photosmart C4280 All in One Printer, No Model #, SN: MY78MJN0ZB;
15. HP PSC1610 All in One Printer, Model SDGOB0401-01, SN: MYS7QF30CT;
16. HP PSC2355 All in One Printer, Model SDGOB-0401-02, SN: MYS32F21WF;
17. Versajette M300 Printer, Model 4137-001, SN: 15510684691;
18. HP Deskjet 6940 Printer, Model C8970A, SN: MY840CR1B8;
19. HP Laserjet P1006 Printer, SN: VND3414740;
20. Lexmark 4300 (P4310) Printer, Model 4115-001, SN: 07490277383;
21. Zink Versaink Nano Cartridges;
22. All cables and manuels for electronics/phones;


**CAMERAS:**

23. Canon Pixma IP1500 Printer, Model K10240, SN: 4112TTS;
24. SiPix A6 Pocket Printer, SN: CD014551;

**MISCELLANEOUS ITEMS:**

25. Canon Powershot SD850IS Camera, SN: 4727011310;
26. Casio Exilim 8.1 Mega Pixels EX-Z80A Camera, SN: 31070243A;
27. G7 Productivity Systems Check Reader, SN: SNA04L4L5;
28. Apple IPod 80GB, SN: 8KG48D94V9P;
29. Apple IPod 6GB Nano, SN: JQ5207NPS42;

**CURRENCY:**

30. 2,085 Euros which convert to $2,998.65 USC;
31. $155.00 Canadian Dollars which convert to $152.60;
32. $21,000 Lebanese Pounds which convert to $13.82;
33. $5.00 Jordanian Dinars which convert to $7.00;
34. $1.00 Saudi which convert to $ .26;

**CELL PHONES:**

35. Motorola cell phone, Model #C290;
36. Samsung cell phone, Model #SCHA;
37. Motorola cell phone #C290;
38. Nokia cell phone, #714-825-5320, Model #8260;
39. Motorola cell phone, Model #1HDT56HC1, 1C 1090-HCI;
40. Nokia cell phone, Model #6030, SIM Card 7-4850123;
41. Nokia cell phone, Model #3120, SIM Card 267028;
42. Nokia cell phone, #323-218-1108, Model #2125;
43. Samsung cell phone, #714-376-2914, Model #SPHM810;
44. Nokia cell phone, Model #7270, SIM Card 0C523;

45. Nokia cell phone, #5-606-6545, Model #1661;
46. Motorola cell phone, Model #V60;
47. Nokia cell phone, Model #8801;
48. Nokia cell phone, #424-644-5099, Model #2760;
49. Nokia cell phone, Model #1661, SIM Card 9-209-7190;
50. Nokia cell phone, #7-253-6359, Model #6030, 267028;
51. Nokia cell phone, #323-667-4705, Model #2125;
52. Nokia cell phone, #7-561-2930, Model #6010, 63512A;
53. Nokia cell phone, #323-551-7566, Model #5310;

**SIM AND SD CARDS:**

54. Scan Disk Cruzer Micro 2.0 GB, SN: BE06063BB;
55. Canon SD 16M Memory Card R05153WR and case;
56. Transend SD 2GB, SN: 229070-9437;
57. Scan Disk 2.0GB SD Card, SN: BE 0609802661D;
58. Scan Disk Ultra II 4GB AD Card, SN: BH07142117820;
59. Lexar Media 128MB Compact Flash, No SN;

**CASHIERS AND OFFICIAL CHECKS**

60. Valz Maldy    - 08/02/2007, $336.57;
61. Radov Lobarow - 09/20/2006, $3,385.21;
62. Gerfy Maldy    - 07/12/2007, $863.71;
63. Babil Lisky    - 08/16/2006, $3,801.58;
64. Zak Labarow    - 09/20/2006, $1,321.06;
65. Lezan Lisky    - 08/08/2006, $450.30;
66. Zink Labarow  - 09/14/2006, $3,252.86;
67. Washington Mutual check to Babile Lisky - 07/13/2006, $117.21;
68. Wells Fargo check to Varaz Lisky - 04/05/2010, $18.17;

69. Wells Fargo check to Qaval Lisky - 03/09/2010, $984.16;
70. Bank of America check (#2948) to Erat S. Oveel 03/10/10, $25;
71. Bank of America check (#2949) to Erat S. Oveel 03/10/10, $25;
72. AMEX check to Lavik Barazman - 01/26/2010 $8,974.14;
73. Wells Fargo check to Barok Barazman - 02/04/2010, $60.34;
74. Wells Fargo check to Robeto Maldy - 03/23/2010, $6.25;
75. Wells Fargo check to Vedal Oveel - 03/23/2010, $7.00;
76. Chase check to Levan Hsajsam - 03/05/2010, $50.00;
77. Chase check to Levan Hsajsam - 03/05/2010, $145.69;
78. Chase check to Clavo Hsajsam - 12/24/2009, $72.05;
79. Bank of America check to Tomak Vadaros 01/11/10, $2,679.16;
80. Intermountain Bank check to Beday Rachidia 02/14/2007, $300.59;

**FICTICIOUS DRIVERS LICENSES:**

81. Drivers License: PIRYAV N. IVAR KOIAV - CA DL X-6365;
82. Drivers License: SARON RESS LING DEMEET - CA DL X-3590;
83. Drivers License: CHAVOR N. NERGA - CA DL X-4756;
84. Drivers License: SEROV P. NOVER DYAN - CA DL X-5320;
85. Drivers License: GNAVOR C. ECHIG - CA DL X-2178;
86. Drivers License: TIRAS N. VIKA KAROV - CA DL X-7867;
87. Drivers License: REYAB F. EIZ PETYAR - CA DL X-4654;
88. Drivers License: IZAR V. IVAID EZEL - CA DL X-6356;
89. Drivers License: OVAT ZAIR VINC TAMIN - CA DL X-7586;
90. Drivers License: VNOASK MALOK SHAKD ETAV - CA DL X-6870;
91. Drivers License: EGAKY RACH EZMAN - CA DL X-8912;
92. Drivers License: YOTOV D. CHENZ - CA DL X-1090;
93. Drivers License: TAZIN RINV MATY NINAR - CA DL X-4657;

| | | |
|---|---|---|
| 1 | 94. | Drivers License: VARAK L. BARAZMAN - TX DL X-2413; |
| 2 | 95. | Drivers License: ANAN L. VARADOS (VADAROS) - TX DL X-2334; |
| 3 | 96. | Drivers License: FAVEK T. ZLAN AKTO - NV DL X-5378; |
| 4 | 97. | Drivers License: ZALAV V. ONAL SOVO - NV DL X-5656; |
| 5 | 98. | Drivers License: EVAR D. ZOVO LAVIN - NV DL X-7677; |
| 6 | 99. | Drivers License: CHALIK L. DONMAN - NV DL X-0989; |
| 7 | 100. | Drivers License: IKAZ V. MIVEEL - International DL X-0455; |
| 8 | 101. | Drivers License: IZEN MIVEEL - International DL (no number); |
| 9 | 102. | Drivers License: VALZ K. MALDY - International DL X-5202; |
| 10 | 103. | Drivers Licenses KAROVI S. MEVIL/KOROVI S. MEVIL - International DL X-3434; |
| 12 | 104. | Drivers License: TALAV V. MICAL - International DL X-4309; |
| 13 | 105. | Drivers License: LAVIK B. BARAZMAN - International DL X-5432; |
| 14 | 106. | Drivers License: BAKVICH L. MIVEEL - International DL X-4309; |
| 15 | 107. | Drivers License: ARLITZ K. LISKY - International DL X-3142; |
| 16 | 108. | Drivers License: ROBETO TANIAS MALDY - Copy of NV DL X-3379; |
| 17 | 109. | Drivers License: INAV N. VERA - CA DL X-4354; |
| 18 | 110. | Drivers License: ICHV N. IGON VAKA - CA DL X-6566; |
| 19 | 111. | Drivers License: DEVAR S. CIKOV GRIZ - CA DL X-1309; |
| 20 | 112. | Drivers License: SELED ELEG ECITS RACI - CA DL X-5653; |
| 21 | 113. | Drivers License: RENAL D. ORAV DEVAN - CA DL X-1323; |
| 22 | 114. | Drivers License: INAG V. ACHK DEIV - CA DL X-4569; |
| 23 | 115. | Drivers License: GNAR D. OVOK MEYAD - CA DL X-9012; |
| 24 | 116. | Drivers License: VIHA N. DERN SOLA - CA DL X-3545; |
| 25 | 117. | Drivers License: DEREV V. ZORNOV - CA DL X-5430; |
| 26 | 118. | Drivers License: RENAZ D. LEYANV - CA DL X-5434; |

| | | |
|---|---|---|
| 1 | 119. | Drivers License: KEDA M. IRAV ZYAR - CA DL X-3241; |
| 2 | 120. | Drivers License: AVWAN Z. LOBAROW - CA DL X-2585; |
| 3 | 121. | Drivers License: ERAT S. EHNS OVEEL - CA DL X-3680; |
| 4 | 122. | Drivers License: OIRR IRAM SAWA TAIW - CA DL X-4690; |
| 5 | 123. | Drivers License: EVEES NIRA SARY EWOL - CA DL X-4657 |
| 6 | 124. | Drivers License: ASRAD MAEK LLUN EEFD - CA DL X-5676; |
| 7 | 125. | Drivers License: RACH E. OVAREZ - CA DL X-6354; |
| 8 | 126. | Drivers License: INAR N. RADA VORI - NV DL X-5790; |
| 9 | 127. | Drivers License: DINYAR V. JEDA HINAR - NV DL X-5465; |
| 10 | 128. | Drivers License: ITYAN F. ROON VOYAG - NV DL X-5797; |
| 11 | 129. | Drivers License: CIYAM N. CHORA REHTO - NV DL X-6786; |
| 12 | 130. | Drivers License: UJESAM EDWARD ELRACHIDIEH - NV ID X-2394; |
| 13 | | **SOCIAL SECURITY CARDS:** |
| 14 | 131. | Social Security Card: ALMAN DKAD RACHIDIA - X-8178; |
| 15 | 132. | Social Security Card: AYMAN AHMAD ELIASADI - X-6735; |
| 16 | 133. | Social Security Card: AYMAN ASADI ELAMNEE - X-9347; |
| 17 | 134. | Social Security Card: ASADIEWESAM ALI AHMAD - X-0907; |
| 18 | 135. | Social Security Card: ASADIEAYMAN ALI AHMAD - X-0453; |
| 19 | 136. | Social Security Card: AYMAN ADAM MAJAD AMNE - X-8225; |
| 20 | 137. | Social Security Card: ARMAN ABMAOL ELIASAOLI - X-6067; |
| 21 | 138. | Social Security Card: AHMAD ELASADI AYMAN - X-4043; |
| 22 | 139. | Social Security Card: LEZAN EDELL LISKY - X-2261; |
| 23 | 140. | Social Security Card: UJESAM ELHSADI AMNEE - X-1279; |
| 24 | 141. | Social Security Card: AMNNE MUHAMAD ALSALIN - X-9007; |
| 25 | 142. | Social Security Card: UJESAM ZAH RACHIDIEH - X-4068; |
| 26 | 143. | Social Security Card: MOHAMMED SAMIR EL BATTAH - X-1015; |

144. Social Security Card: ARMAN AMNE EL-RACHIDIEH - X-9678;
145. Social Security Card: UJESAM EL-ASADI EL-RACHIDIA - X-6211;
146. Social Security Card: ETAHMAP WESDN FADI BASADIN - X-4265;
147. Social Security Card: ALMAN EGAKY OVAR EZ ELRACHIDIA - X-1654;
148. Social Security Card: ALMAN EGAKY EZ EL-RACHIDIA - X-9771;
149. Social Security Card: AYMAN ADAMOR ELBORWAV - X-0368;
150. Social Security Card: ADAMOR ELAMNE ELBORWAV - X-5883;
151. Social Security Card: AYMAN MYASAR AHMAD ELASADI - X-6907;
152. Social Security Card: WISSAMNEWAL AHMED EL-ASADI - X-0024;
153. Social Security Card: WESAN ALTMAD ALASADI - X-0018;
154. Social Security Card: AVAD UJESAM ALHSAOI- X-0227;

**CREDIT CARDS:**

155. Credit Card: VEYAD RONOV - Chase X-2641;
156. Credit Card: IVAR MALDY - Chase X-3933;
157. Credit Card: INAR VORI - Chase X-8831;
158. Credit Card: INAR VORI - Chase X-7031;
159. Credit Card: VALAK RONOV Chase X-1545;
160. Credit Card: IVAR KOIAV Chase X-2301;
161. Credit Card: LAVIK BARZMAN Chase X-2022;
162. Credit Card: KORMAIR LISKY Chase X-7955;
163. Credit Card: KAFAL MADNY Washington Mutual X-0012;
164. Credit Card: ADAM BATTANI Washington Mutual X-0017;
165. Credit Card: QAVAL LISKY - Bank of America X-0103;
166. Credit Card: OVAT TAMIN Bank of America X-0398;
167. Credit Card: INAR VORI Bank of America X-5147;
168. Credit Card: INAR VORI Bank of America X-3253;

169. Credit Card: VEDAL OVEEL Bank of America X-3054;
170. Credit Card: DEROV EZEL Bank of America X-1349;
171. Credit Card: SELAB LISKY First Premier X-4262;
172. Credit Card: PIRYAV KOIAV Unk bank debit card X-5730;
173. Credit Card: VEDAL OVEEL Wells Fargo X-0630;
174. Credit Card: VEDAL OVEEL Wells Fargo X-4189;
175. Credit Card: ROBERTO MALDY Wells Fargo X-4083;
176. Credit Card: TOVAR BARAZMAN Captial One X-3556;
177. Credit Card: BEDAY RACHIDIA - HSBC X-8837;
178. Credit Card: TOMAK VADAROS Zales X-0942;
179. Credit Card: YOKAL BARAMAN Best Buy X-7270;
180. Credit Card: LAVADO MIVEEL Best Buy X-1324;
181. Credit Card: A.A. ASSADI National City Gift Card X-2235;
182. Credit Card: AYMAN AHMAD EL-ASSADI - Wells Fargo X-2601;
183. Credit Card: ADAM BATTANI Wells Fargo X-9637;
184. Credit Card: ADAM BATTANI Wells Fargo ATM card X-0514;
185. Credit Card: ADAM BATTANI Wells Fargo X-0500;
186. Credit Card: ADAM BATTANI Orchard Bank X-2596;
187. Credit Card: ADAM BATTANI Chase X-2409;
188. Credit Card: SAM BATTANI Washington Mutual X-0015;
189. Credit Card: SAM BATTANI Wells Fargo X-6108;
190. Credit Card: SAM BATTANI Wells Fargo X-6403;
191. Credit Card: SAM BATTANI Buy Right X-1440;
192. Credit Card: SAM BATTANI Wells Fargo X-6108;
193. Credit Card: SAM BATTANI Wells Fargo X-0393;
194. Credit Card: SAM BATTANI Wells Fargo X-7887;

195. Credit Card: SAM BATTANI Amex X-1004;
196. Credit Card: SAM BATTANI Circuit City Card X-2538;
197. Credit Card: SAM BATTANI Aspire Visa X-6885;
198. Credit Card: SAM BATTANI Target Card X-1891;

**CHARLES SCHWAB BANK ACCOUNTS:**

199. Charles Schwab bank accounts:$ 308.69 - Blins Salk, Accounts X-8255, X-4353;
200. Charles Schwab bank accounts:$571.83 - Clavo Hsajsam, Accounts X-1344, X-3823;
201. Charles Schwab bank accounts:$209.20 - Chalik Donman, Accounts X-0723; X-7330;
202. Charles Schwab bank accounts:$2,984.86 - Veran Rachidia, Accounts X-1710;
203. Charles Schwab bank accounts:$242.91 - Tilaz Mevil, Accounts X-4998; X-0957;
204. Charles Schwab bank accounts:$129.91 - Lamazik Vadaros, Accounts X-1509; X- 5538;

**CARS:**

205. 1999 Mercedes - White, Tag 4CZL543, VIN WDBFA68F173289;
206. 2002 Mercedes - Black, Tag 4VUP528, VIN WDBPJ75A024232;

**WELLS FARGO ACCOUNTS:**

207. Wells Fargo bank accounts:$3,313.64 - Sam Battani, Account X-7022;
208. Wells Fargo bank accounts:$345.90 - Robeto Maldy, Account X-8405;
209. Wells Fargo bank accounts:$1,919.18 - Vedal Oveel, Account X-7720;

**SHOT GUN:**

210. Rossi Double Barreled Shot Gun S/N RG.R17862;

. . .

**MISCELLANEOUS FROM STORAGE:**

211. HP Scanjet 4070 Photosmart Scanner;

212. Motorola Cellphone;

213. US $20 dollar bill;

214. 2 Half Silver Dollars value total;

215. 5 Silver Dollars value total;

216. 4 JFK Liberty Dollars value total;

217. Misc Lebanese currency - US dollar amount $20.94;

218. 3 x 3.5 inch floppy discs;

219. 1 DVD disc; and

220. an *in personam* criminal forfeiture money judgment up to $438,718.00 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SAM AMADEO BATTANI in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5  following address at the time of filing:
6      Michael A. Humphreys
       Assistant United States Attorney
7      Daniel D. Hollingsworth
       Assistant United States Attorney
8      Lloyd D. George United States Courthouse
       333 Las Vegas Boulevard South, Suite 5000
9      Las Vegas, Nevada 89101.
10 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
11 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
12 following publication of notice of seizure and intent to administratively forfeit the above-described
13 property.
14     DATED this __2__ day of __March__, 2011.

UNITED STATES DISTRICT JUDGE